IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID SANDERS,**

**Plaintiff,**

**v.**

**U-HAUL INTERNATIONAL INC.,**
**U-HAUL OF ARIZONA, and**
**AMERCO,**

**Defendants.**                                                    **No. 05-CV-0684-DRH**

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Sanders' March 17, 2006, pro se motion for extension of time to respond to a motion to dismiss (Doc. 14). Sanders requests an additional ten days to respond so that new counsel can enter an appearance.[1] This motion to dismiss has been pending since October 26, 2005 (Doc. 8). Previously, the Court has allowed Sanders ample time and opportunities to respond to the motion and to allow new counsel to enter an appearance (Docs. 7, 11, & 13). The Court also advised Sanders that the failure to respond may result in the motion to be dismiss being granted. Sanders has neither responded or had new counsel enter an appearance. While the Court realizes that Sanders is proceeding pro se, the Court

---

[1] On February 28, 2006, the Court allowed Sanders up to and including March 17, 2006 to file a response to the motion to dismiss (Doc. 13).

cannot allow this litigation to continue to linger.[2]  Therefore, further motions for extensions of time will not be favored.  The Court **GRANTS** Sanders' motion for extension of time to respond (Doc. 14).  The Court **ALLOWS** Sanders up to and including March 31, 2006 to respond to the motion to dismiss.  The failure to respond may result in the motion being granted.

**IT IS SO ORDERED.**

Signed the 21st day of March, 2006.

/s/      David   RHerndon
**United States District Judge**

---

[2] This Court has several cases wherein the Plaintiffs are proceeding po se and those cases are proceeding according to schedule.