IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID SANDERS,**

**Plaintiff,**

**v.**

**U-HAUL INTERNATIONAL INC.,**
**U-HAUL OF ARIZONA, and**
**AMERCO,**

**Defendants.**                                                    No. 05-CV-0684-DRH

### ORDER

**HERNDON, District Judge:**

Now before the Court is Sander's motion to leave to conduct limited discovery on the issue of personal jurisdiction (Doc. 20).[1] Specifically, Sanders claims that he needs to conduct minimal discovery to appropriately respond to the pending motion to dismiss for lack of personal jurisdiction. Defendants oppose the motion arguing that allowing discovery on this issue will cause further delays, is inappropriate and prejudicial to Defendants U-Haul International and AMERCO (Doc. 21). The Court agrees with Defendants. The Court finds that allowing discovery on this issue would be prejudicial to Defendants. Further, Plaintiff should have resolved this issue well before filing the instant lawsuit. Said motion is **DENIED**. The Court **ALLOWS** Sanders up to an including April 7, 2006 to file a

---

[1] On March 23, 2006, Attorney Tom Maag filed an entry of appearance on behalf of Sanders and a motion to leave to conduct limited discovery on the issue of personal jurisdiction (Docs. 16 & 17). However, the Clerk of the Court struck those pleadings for failure to attach a certificate of service. The documents were re-filed on March 28, 2006 (Docs. 19 & 20).

response to the pending motion to dismiss.

**IT IS SO ORDERED.**

Signed the 31st day of March, 2006.

/s/        David   RHerndon
**United States District Judge**