IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID SANDERS,

Plaintiff,

v.

U-HAUL OF ARIZONA,

Defendants.                                          No. 05-CV-0684-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's notice of voluntary dismissal of certain claims (Doc. 55). Specifically, Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a), filed a notice of voluntary dismissal without prejudice all counts alleging spoliation of evidence against an and all Defendants. Based on the notice, the Court **ACKNOWLEDGES** the notice of dismissal and the claims pertaining to spoliation of evidence are dismissed without prejudice.

**IT IS SO ORDERED.**

Signed the 27th day of November, 2006.

/s/      David   RHerndon
**United States District Judge**