**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DAVID SANDERS,**

**Plaintiff,**

**v.**

**U-HAUL OF ARIZONA, et al.,**

**Defendants.**                                                        **No. 05-CV-0684-DRH**

### ORDER

**HERNDON, District Judge:**

On December 21, 2006, the parties filed a stipulation of dismissal with prejudice (Doc. 57). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed the 22nd day of December, 2006.

                                                                           /s/      David   RHerndon
                                                                           **United States District Judge**