IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID SANDERS,**

      **Plaintiff,**

      **vs.**                                                                         **Cause No.  05-CV-684 DRH**

**U-HAUL OF ARIZONA, et al.,**

      **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.------

                                                  **NORBERT G. JAWORSKI, CLERK**

December 28, 2006                     By:   s/Patricia Brown
                                                                Deputy Clerk

APPROVED:/s/     David   RHerndon
               **U.S. DISTRICT JUDGE**